United States District Court
Northern District of California

MICHAEL FERNANDES,

        Plaintiff,

    v.

MAURICE SHIU, et al.,

        Defendants.

Case No.: CV 12-05239-KAW

ORDER TO SHOW CAUSE

Pursuant to General Order 56 and the scheduling order in this case, December 10, 2012 was the last day for Plaintiff to complete service of the complaint and summons on Defendants or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. (*See* Dkt. No. 3.)

IT IS HEREBY ORDERED that by no later than January 11, 2013, Plaintiff shall show cause as to why this matter should not be dismissed for failure to comply with the December 10, 2012 deadline to complete service on Defendants or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: January 4, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge